# Exhibit C-2

# EXHIBIT C2

# UNITED STATES PATENT NO. 8,893,212

# ROKU APPS

1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables communication with a first computerized device set, wherein the first and second computerized device sets include respective first and second continuous media players, the method comprising:

    receiving discovery information that is obtained in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer wherein the discovery information allows a determination to be made at the second computerized device set that the first computerized device set is capable of supporting selected functions;

    making available to a user a first user interface that allows the user to enable communications with the first computerized device set;

    making available to the user a second user interface that allows the user to browse internet content including a listing of continuous media content, the continuous media content being available to be accessed and presented on demand, wherein the listing is accessible via the internet using an internet protocol, the listing allowing the user to identify a particular content item of the continuous media content;

    responsive to the user identifying the particular content item of the continuous media content, causing to be wirelessly transmitted, in accordance with a wireless local area network protocol, an identification of the particular content item from the second computerized device set for subsequent use by the first computerized device set to facilitate accessing and presenting the particular content item on the first computerized device set;

    wherein the supported selected functions include at least receiving of the identification of the particular content item, the accessing of the particular content item and the presenting of the particular content item.

Source: Claim 1 of US Patent 8,893,212

2

| 1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables communication with a first computerized device set, wherein the first and second computerized device sets include respective first and second continuous media players, the method comprising: | The Roku mobile app provides remote control functionality that allows a user to use a mobile device to select and control media playback on a second device, such as a smart television or television coupled with a media streaming device (e.g., Roku 3). |
|---|---|

What do the Roku mobile apps do?

This article is applicable to the following models:

| Models | All Roku player models |
|---|---|

The Roku mobile apps for iOS and Android are free applications for iPhone and Android phones that turn your mobile devices into a control center for your Roku device. The apps let you:

| Features | Android | iOS | Windows |
|---|---|---|---|
| Browse and manage installed channels/games | Yes | Yes | Yes |
| Control your Roku device with a touch or gesture remote control. Includes instant replay, back and options buttons. | Yes | Yes | Yes |
| Browse and add free and paid channels and games in the Channel Store | Yes | Yes | Yes |
| Quick launch and rate Roku channels | Yes | Yes | Yes |
| Enter text with the keyboard | Yes | Yes | Yes |
| Name and switch between multiple Roku devices | Yes | Yes | Yes |
| Enjoy your phone's video, photos and music on your Roku device | Yes[1] | Yes[2] | Photos & Music only |
| Search Movies, Shows, Actor and Director. | Yes[3] | Yes[3] | Yes[3] |
| Follow "Movies Coming Soon" within My Feed and get updates when new movies are ready to stream. | Yes[4] | Yes[4] | No |
| Use your voice to search for movies, TV shows, actors, directors, and Streaming Channels by name. | Yes[5] | Yes[5] | No |

http://support.roku.com/entries/22060368-What-do-the-Roku-mobile-apps-do-

3

1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables communication with a first computerized device set, wherein the first and second computerized device sets include respective first and second continuous media players, the method comprising:

The Roku mobile app performs a method on a second computerized device set (e.g., a smartphone, a tablet) configured for wireless communication using a wireless communications protocol (e.g., 802.11 protocols) that enables wireless communication (e.g., communication over a wireless local area network) with a first computerized device set (e.g., a television coupled to a Roku device), where the first and second computerized device sets include one or more applications (e.g., Netflix) for playing continuous media (e.g., a movie).



https://play.google.com/store/apps/details?id=com.roku.remote&hl=en

4

| | |
|---|---|
| <span style="color:red">receiving discovery information that is obtained in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer</span> wherein the discovery information allows a determination to be made at the second computerized device set that the first computerized device set is capable of supporting selected functions; | The Roku application, when run on a second computerized device set (e.g., smartphone, tablet), receives discovery information in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer (e.g., DIAL).   "The Roku platform supports the DIAL (Discovery and Launch) protocol. DIAL is a simple network protocol for discovering first screen devices and applications from a second screen (such as a mobile iOS or Android application,) and for launching first screen applications on the first screen device from the second screen app." Roku External Control Guide, at 3.7 DIAL (Discovery and Launch), available at http://sdkdocs.roku.com/display/sdkdoc/External+Control+Guide |

5

| | |
|---|---|
| receiving discovery information that is obtained in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer wherein the discovery information allows a determination to be made at the second computerized device set that the first computerized device set is capable of supporting selected functions; | The discovery information allows the second computerized device set (e.g., smartphone, tablet) to determine that the first computerized device set (e.g., television coupled to a Roku device) is configured to receive playback control for continuous media content (e.g., a television show, movie, trailer) played on the first computerized device set, such as television shows, movies, and trailers.<br><br> |

6

==making available to a user a first user interface that allows the user to enable communications with the first computerized device set;==

The Roku mobile app provides a user interface that allows a user to direct remote control functionality to the first computerized device set (e.g., television coupled to a Roku device).

### How do I install and begin using the Roku Android app?

This article is applicable to the following models:

| Models | All Roku player and TV models |
|---|---|

To get started, first download the app from Google Play onto your Android device. The Roku app is a free download. You must then connect your Android device to the same home network as your Roku device. The Roku app only works on Wi-Fi and must be connected to the same router to which your Roku device is connected.

Launch the app and you will be presented with a list of the Roku devices that were found on your network. You can then immediately begin controlling your Roku device.

If you choose to access the Channel Store, you will need to log into your Roku account. If you are not sure which email you used to register, go to Settings > About from the home screen of your Roku device. If you forgot your password to your Roku account, click here.

http://support.roku.com/entries/22060778-How-do-I-install-and-begin-using-the-Roku-Android-app-



7

<u>making available to the user a second user interface that allows the user to browse internet content including a listing of continuous media content</u>, the continuous media content being available to be accessed and presented on demand, wherein the listing is accessible via the internet using an internet protocol, the listing allowing the user to identify a particular content item of the continuous media content;

The Roku mobile app provides a user interface that allows the user to search for and browse listings of on-demand continuous media content (e.g., movies, television shows) provided over the internet.




8

making available to the user a second user interface that allows the user to browse internet content including a listing of continuous media content, the continuous media content being available to be accessed and presented on demand, wherein the listing is accessible via the internet using an internet protocol, the listing allowing the user to identify a particular content item of the continuous media content;

The listings of on-demand continuous media content (e.g., movies, television shows) is provided over the internet using an internet protocol (e.g., HTTP).




9

making available to the user a second user interface that allows the user to browse internet content including a listing of continuous media content, the continuous media content being available to be accessed and presented on demand, wherein the listing is accessible via the internet using an internet protocol, the listing allowing the user to identify a particular content item of the continuous media content;

The Roku mobile app allows the user to identify a particular content item of the on-demand continuous media content. For example, in the listing below, the user can select to watch Men in Black II via Netflix.



10

| | |
|---|---|
| responsive to the user identifying the particular content item of the continuous media content, causing to be wirelessly transmitted, in accordance with a wireless local area network protocol, an identification of the particular content item from the second computerized device set for subsequent use by the first computerized device set to facilitate accessing and presenting the particular content item on the first computerized device set; | When a user selects a particular content item from the list of on-demand continuous media content, using the Roku mobile app, the Roku mobile app causes an identification of the content to be transmitted over an 802.11 WLAN to the first computerized device set to facilitate playback on the first computerized device set (e.g., television coupled to a Roku device).   |

11

wherein the supported selected functions include at least receiving of the identification of the particular content item, the accessing of the particular content item and the presenting of the particular content item.

The Roku app allows a user to identify, access, and present on-demand content (e.g., a movie).




12